```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
 UNITED STATES OF AMERICA              :
                                       :        MOTION SCHEDULING ORDER
          v.                           :
                                       :        23-CR-00178 (PMH)
 CHRISTOPHER CRAFT,                    :
                    Defendant.         :
-------------------------------------------------------x
```

At today's pretrial conference, the Court set the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by **June 30, 2023.**

2. The Government's opposition shall be filed by **July 28, 2023.**

3. Defendant's reply, if any, shall be filed by **August 11, 2023.**

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

Counsel shall submit a courtesy copy of all motion papers to Chambers.

If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the Government consents to a hearing.

The next court date in this case is **September 7, 2023** at 3:00 p.m., at which time, based on the information supplied by counsel at today's conference, the Court expects to conduct a hearing on Defendant's motion(s).

For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until **September 7, 2023**.

Dated: White Plains, New York
       April 10, 2023

                                        **SO ORDERED:**

                                        _____
                                        Philip M. Halpern
                                        United States District Judge