UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :    **SCHEDULING ORDER**
                                  :
**Christopher Craft,**            :    23-cr-00178-PMH
                    Defendant.    :
                                  :
------------------------------------------------------------x

The Court has scheduled a *Faretta* Hearing on June 30, 2023 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse.

The Government is directed to have the Defendant produced for the hearing.

Dated: May 30, 2023                SO ORDERED:

                                   _____
                                   Philip M. Halpern, U.S.D.J