UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **MOTION SCHEDULING ORDER**
v.                                :
                                  :     23-CR-00178 (PMH)
CHRISTOPHER CRAFT,                :
                    Defendant.    :
-------------------------------------------------------x

At today's conference, the Court extended the briefing schedule for pretrial motions as follows:

1. Defendant's motions, if any, shall be filed by **August 1, 2023.**

2. The Government's opposition shall be filed by **August 22, 2023.**

3. Defendant's reply, if any, shall be filed by **September 7, 2023.**

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

Counsel shall submit a courtesy copy of all motion papers to Chambers.

If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the Government consents to a hearing.

The next court date in this case is **September 20, 2023** at 3:30 p.m., at which time, based on the information supplied by counsel at today's conference, the Court expects to conduct a hearing on Defendant's motion(s).

Dated: White Plains, New York
       June 30, 2023

                                      **SO ORDERED:**

                                      _____
                                      Philip M. Halpern
                                      United States District Judge