

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-____

> Application denied.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 3, 2023

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Christopher Craft*
7:23-CR-00178 (PMH)

Dear Judge Halpern:

    I was appointed under the Criminal Justice Act ("CJA") to represent Christopher Craft in the above matter. Although we filed our pretrial motions on his behalf, Mr. Craft indicated that he wanted to file his own additional motions. When he last communicated with me, he asked to be brought before Your Honor. Since then, Mr. Craft has refused my emails on Corrlinks, my scheduled calls and scheduled video visits. Therefore, I am respectfully requesting that Your Honor schedule a conference as Mr. Craft has requested.

                                      Respectfully submitted,
                                      s/ Lorraine Gauli-Rufo, Esq.
                                      Lorraine Gauli-Rufo, Esq.
                                      Attorney for Christopher Craft

Cc: Ryan Allison, AUSA