

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 16, 2023

**BY ECF AND EMAIL**
Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States v. Christopher Craft</u>, 23 Cr. 178 (PMH)

Dear Judge Halpern:

    The Government writes respectfully to request a ten-page extension to the twenty-five-[page limit] the defendant's motions to dismiss and suppress. The [defendant seeks dismissal] of the Indictment on the basis that 18 U.S.C. § 922(g)(1) [is unconstitutional under New York State Rifle] & Pistol Association, Inc. v. Bruen, 142 S. Ct. 2111 [(2022). Given the complex analysis] of historical firearms and ammunition regulation, [tracing possession and disquali]fication laws from pre-colonial England through the [Reconstruction Era, is required.] The additional pages the Government requests are [necessary to address b]oth that issue and the defendant's separate motion to [suppress. Couns]el for the defendant, does not object to this request.

                                                                              Respectfully submitted,

                                                                              DAMIAN WILLIAMS
                                                                              United States Attorney

                                      by:       /s/
                                                        Ryan W. Allison
                                                        Kingdar Prussien
                                                        Jeffrey C. Coffman
                                                        Assistant United States Attorneys
                                                        (914) 993-1953 / -1927 / -1940

cc:    Lorraine Gauli-Rufo, Esq. (by ECF and Email)

---

**Stamped Order:**

Application granted.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 23.

SO ORDERED.

*/s/ Philip M. Halpern*
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         August 16, 2023