UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **ORDER**
v.                                  :
                                    :
**Christopher Craft**,              :
                Defendant.          :   23-cr-00178- PMH
                                    :
                                    :
------------------------------------------------------------x

The Government is directed to respond to Defendant's August 24, 2023 letter (Doc. 26) by August 31, 2023 at 5:00 p.m.

Further, the Court has scheduled a *Faretta* Hearing on **September 7, 2023 at 2:30 p.m.** in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: August 25, 2023        SO ORDERED:

                              _____
                              Hon. Philip M. Halpern
                              United States District Judge