

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

August 28, 2023

*Via ECF*

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:  *United States v. Christopher Craft*
             7:23-CR-00178 (PMH)

Dear Judge Halpern:

      I represent Christopher Craft in the above matter. Your Honor granted our request for a *Faretta* hearing to be held on September 7, 2023 at 2:30 pm. However, I have a scheduling conflict on th[...] am respectfully requesting the hearing be re[...]ate. I have conferred with the Government [...]rning until 1:30 pm, September 7 [...]om 3:00 pm or any time after. We would re[...] these dates, or any other date that is conve[...]

      Than[...] request.

                                 [...]tfully submitted,
                                 [...]raine Gauli-Rufo, Esq.
                                 Lorraine Gauli-Rufo, Esq.
                                 Attorney for Christopher Craft

Cc: Ryan Allison, AUSA

---

**Application granted. The *Faretta* hearing scheduled for September 7, 2023 at 2:30 p.m. is hereby rescheduled to September 7, 2023 at 3:30 p.m.**

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        August 28, 2023