

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016

LORRAINE@LGRLAW
WWW.LGAULIR
FAX: (973) 2

> Application denied. Defendant may submit a letter application and proposed order via ECF seeking authorization of the CJA office to purchase a laptop for Defendant.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 13, 2023

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Christopher Craft*
7:23-CR-00178 (PMH)

Dear Judge Halpern:

    I represent Christopher Craft in the above matter. As we discussed in Court on September 7, 2023, I have researched situations where other Judges in the Southern District of New York ordered MDC to provide clients with access to the library to prepare for trial. I have enclosed a draft Order for Your Honor's consideration that was modeled after another Order that was issued in one of Judge Rakoff's cases.

    Thank you for Your Honor's time and consideration to this request.

Respectfully submitted,
s/ Lorraine Gauli-Rufo, Esq.
Lorraine Gauli-Rufo, Esq.
Attorney for Christopher Craft

Cc: Ryan Allison, AUSA