UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

CHRISTOPHER CRAFT,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

23 Cr. 178 (PMH)

       Trial in the above-referenced action is scheduled to begin on October 18, 2023.

       IT IS HEREBY ORDERED that, in the event that CHRISTOPHER CRAFT refuses to comply with a directive designed to effectuate his transport to White Plains Federal Court for any of the trial days in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive; and

       IT IS FURTHER HEREBY ORDERED that the Clerk of the Court serve a copy of this Order upon the United States Marshal Service for the Southern District of New York and the Bureau of Prisons.

Dated:  White Plains, New York
        October 10, 2023

_____
PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE