

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE@LGRLAWGROUP.
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

> Application granted. Defense counsel is directed to email to chambers the fillable form provided on the Court's website regarding brining personal electronic devices to the courthouse.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              October 10, 2023

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

           Re:  *United States v. Christopher Craft*
                7:23-CR-00178 (PMH)

Dear Judge Halpern:

    I represent Christopher Craft in the above matter. We have trial scheduled before Your Honor on 10/18/2023. We are respectfully requesting that Your Honor permit the defense to bring a laptop to Court to use during the entire course of the trial proceedings. Having a laptop will allow us to efficiently review the Government exhibits and any other materials produced by the Government and to prepare for trial.

    Thank you for Your Honor's time and consideration to this request.

                                Respectfully submitted,
                                s/  Lorraine Gauli-Rufo, Esq.
                                Lorraine Gauli-Rufo, Esq.
                                Attorney for Christopher Craft

Cc: Ryan Allison, AUSA