U.S. Department of Justice

> Application denied.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             October 10, 2023

**BY ECF AND EMAIL**
Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>United States v. Christopher Craft</u>, 23 Cr. 178 (PMH)

Dear Judge Halpern:

      The Government respectfully submits this letter to request permission to bring into the courtroom at the outset of each trial day, and to use during trial, a large television screen and associated cables. As the Court is aware, the Government's trial exhibits include audio and video recordings. While there is already one television screen in the courtroom, having a second television screen in the courtroom would allow the Government to orient both screens so that the jury, the Court, the defendant, and the audience in gallery all can clearly see and hear the material displayed on the screens. The Government would remove the second television screen and its cables from the courtroom at the end of each trial day.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                United States Attorney

                by:   /s/_____
                     Ryan W. Allison
                     Kingdar Prussien
                     Jeffrey C. Coffman
                     Assistant United States Attorneys
                     (914) 993-1953 / -1927 / -1940

cc:      Lorraine Gauli-Rufo, Esq. (by ECF and Email)