

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE@LGRLAW
WWW.LGAULIRUFO
FAX: (973) 239-

> Ms. Gauli-Rufo shall continue to serve as standby counsel to Defendant Christopher Craft through the sentencing process.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           November 1, 2023

*Via ECF*
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:  *United States v. Christopher Craft*
            7:23-CR-00178 (PMH)

Dear Judge Halpern:

    I was stand-by counsel for Christopher Craft during the trial that was held before Your Honor on October 18, 2023. Probation Officer Jill Jefferies reached out to our office in order to start the Presentence Investigation for Mr. Craft. I am respectfully requesting clarification from the Court as to whether I should continue to represent Mr. Craft through the sentencing process.

    Thank you for Your Honor's consideration of this matter.

                              Respectfully submitted,
                              s/ Lorraine Gauli-Rufo, Esq.
                              Lorraine Gauli-Rufo, Esq.
                              Attorney for Christopher Craft

Cc: Ryan Wolfe Allison, AUSA
     Jeffrey C. Coffman, AUSA
     Kingdar Prussien, AUSA
     Jill Jefferies, U.S. Probation Officer