UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

CHRISTOPHER CRAFT,

               Defendant.
-------------------------------------------------------------x

**RESCHEDULING ORDER**

7:23-cr-00178-PMH

Sentencing in this matter currently scheduled for February 26, 2024 is rescheduled to March 28, 2024 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by March 7, 2024. Government's submission is due by March 14, 2024.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 30, 2024

_____
Philip M. Halpern
United States District Judge