**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern _____ District of New York

Caption:

United States of America
_____v.

Christopher Craft
_____

> Defendant filed his Notice of Appeal as a motion for leave to appeal (Doc. 73). The Clerk of Court is respectfully directed to consider the motion for leave to appeal as the Notice of Appeal and to terminate the motion sequence pending at Doc. 73.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 6, 2024

Docket No. _____

The Hon. Philip M. Halpern
_____
(District Court Judge)

Notice is hereby given that  Christopher Craft  appeals to the United States Court of Appeals for the Second Circuit from the judgment X, other [ ] _____
(specify)

entered in this action on  March 29, 2024 .
                              (date)

This appeal concerns: Conviction only [ ___ ]  Sentence only [ ___ ]  Conviction & Sentence [X] ___  Other ___

[ Defendant found guilty by plea[ ___ ]  trial [ x ]   N/A [ ] .

Offense occurred after November 1, 1987?   Yes [ ]    No [X]    N/A [ ]

Date of sentence: March 28, 2024 _____ N/A [ ]

Bail/Jail Disposition: Committed [X]    Not committed [ ___ ]    N/A

Appellant is represented by counsel?  Yes [ X ]  No [ ]   If yes, provide the following information:

Defendant's Counsel:   Standby Counsel – Lorraine Gauli-Rufo, Esq.

Counsel's Address:   6 Pompton Ave, Suite 25
                      Cedar Grove, NJ 07009

Counsel's Phone:     973-239-4300

Assistant U.S. Attorney:   Ryan Allison

AUSA's Address:   26 Federal Plaza, 37th FL
                   New York, NY 10278

AUSA's Phone:    914-993-1953

*[signature]*
Signature