UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                       :
                                               :
v.                                             :    **SCHEDULING ORDER**
                                               :
CHRISTOPHER CRAFT,                             :
                                               :    23-cr-00178 (PMH)
                                               :
                Defendant.                     :
-------------------------------------------------------------x

In light of the update the parties and Probation provided the Court regarding the case status, the VOSR Status Conference scheduled for February 4, 2026 is rescheduled to March 24, 2026 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
        February 3, 2026

_____
Philip M. Halpern
United States District Judge