

Defense counsel is directed to contact the magistrate judge on duty to schedule a change of counsel hearing. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 95).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        April 7, 2026

April 7, 2026

Via ECF
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *USA v. Christopher Craft*, 23 CR 178 PMH
       **Request to be relieved and for appointment of substitute counsel**

Your Honor,

During the March 18, 2026, conference, Craft requested the appointment of new counsel to replace me. During a video visit with Craft this morning, Craft again made it clear that he does **not** want me to serve as either his counsel or his standby counsel. I now join in Craft's request for the appointment of substitute counsel.

My relationship with Craft was already adversarial during the March 18th conference. Unfortunately, after our video visit this morning, I must inform the court that our relationship has become increasingly adversarial and that communication between us has broken down such that the relationship is no longer tenable.

Accordingly, I request that the Court grant Craft's request by relieving me and appointing substitute counsel. I am available to appear at a change of counsel hearing on any of the following dates, 4/10, 4/13, 4/15 (afternoon), 4/16 (before 11am or after 1pm), or 4/17. Currently, the next scheduled conference before Your Honor is April 23, 2026 at 10 a.m..

Respectfully submitted,

Daniel A. Hochheiser

Cc: All counsel via ECF