UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
v.                                        :        **ORDER**
                                          :
CHRISTOPHER CRAFT,                        :
                                          :        23-cr-00178 (PMH)
                                          :
            Defendant.                    :
------------------------------------------------------------x

A VOSR Revocation Hearing is currently scheduled for June 3, 2026 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse. By May 27, 2026, the Parties shall submit a letter to the Court setting forth their position as to the Specifications that will be the subject of the hearing, the evidence they intend to present, the witnesses they intend to call and the exhibits they intend to introduce. Two courtesy copies of the proposed exhibits shall also be provided to Chambers in a three-ring binder. The government's exhibits shall be marked by numbers and defendant's exhibits by letters. Any audio or video exhibits shall be provided on a thumb drive.

**SO ORDERED:**

Dated: White Plains, New York
       April 24, 2026

_____
Philip M. Halpern
United States District Judge