**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                    **Telephone 212-349-0230**

**By ECF**

May 4, 2026

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:    <u>United States v. Christopher Craft</u>
        23 Cr. 178 (PMH)

Dear Judge Halpern:

This letter is respectfully submitted in response to the letter submitted by the Government dated May 1, 2026, in which the Government requests that Your Honor conduct a hearing "akin to one pursuant to *Faretta v. California*, 422 U.S. 805 (1975)."   I have mailed a copy of the Government's letter to Mr. Craft, but I have not been able to discuss this issue with him.

In my roles, both as standby counsel to Mr. Craft and as an attorney admitted to practice before this Court, I respectfully request that Your Honor grant the Government's request.   At such a hearing, it is respectfully submitted that Your Honor should have all available information to ensure that Mr. Craft is competent to waive counsel and procced *pro se* under the standard set out in *Indiana v. Edwards*, 554 U.S. 164 (2008).

To ensure that Your Honor has all available information when exercising your discretion, I have requested the appointment of Dr. Eric Goldsmith, MD, a forensic psychiatrist who previously evaluated Mr. Craft.   I have also taken steps to obtain recent mental health records.   These steps have been taken to provide Your Honor with relevant information that may be impactful on the exercise of your discretion.

The Government's suggestion that Your Honor delay the appointment of

Honorable Philip M. Halpern
United States District Judge
U.S. v. Christopher Craft
23 Cr. 178 (PMH)
May 5, 2026
Page  2


Dr. Goldsmith until after the hearing is an invitation to Your Honor having to make a decision based on an incomplete record as well as an unnecessary delay in these proceedings.

I respectfully request that Your Honor grant the request to appoint Dr. Goldsmith and the requests I have submitted to obtain records so that we can proceed with the hearing requested by the Government on a complete record as quickly as possible.

Respectfully submitted,


 /s/Andrew Patel____
Andrew G. Patel


Encl.