**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

**By ECF**

The Court will conduct a hearing on June 3, 2026 at 9:30 a.m. in Courtroom 520 to determine whether the defendant's waiver of his right to counsel is knowing and voluntary and that he is competent to proceed pro se. If appropriate, the parties should then be prepared to immediately proceed to the revocation hearing. (See 4/23/26 Minute Entry and Doc. 98). Mr. Patel's request to appoint Dr. Eric Goldsmith to evaluate Defendant is granted. Any report prepared by Dr. Goldsmith shall be provided to the Court in advance of the June 3 hearing. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 100).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
May 5, 2026

Honorable Philip M. H
United States District
300 Quarropas Street
White Plains, New York 10601

Re:    <u>United States v. Christopher Craft</u>
23 Cr. 178 (PMH)

Dear Judge Halpern:

This letter is respectfully submitted in response to the letter submitted by the Government dated May 1, 2026, in which the Government requests that Your Honor conduct a hearing "akin to one pursuant to *Faretta v. California*, 422 U.S. 805 (1975)." I have mailed a copy of the Government's letter to Mr. Craft, but I have not been able to discuss this issue with him.

In my roles, both as standby counsel to Mr. Craft and as an attorney admitted to practice before this Court, I respectfully request that Your Honor grant the Government's request. At such a hearing, it is respectfully submitted that Your Honor should have all available information to ensure that Mr. Craft is competent to waive counsel and proceed *pro se* under the standard set out in *Indiana v. Edwards*, 554 U.S. 164 (2008).

To ensure that Your Honor has all available information when exercising your discretion, I have requested the appointment of Dr. Eric Goldsmith, MD, a forensic psychiatrist who previously evaluated Mr. Craft. I have also taken steps to obtain recent mental health records. These steps have been taken to provide Your Honor with relevant information that may be impactful on the exercise of your discretion.

The Government's suggestion that Your Honor delay the appointment of

Honorable Philip M. Halpern
United States District Judge
U.S. v. Christopher Craft
23 Cr. 178 (PMH)
May 5, 2026
Page 2


Dr. Goldsmith until after the hearing is an invitation to Your Honor having to make a decision based on an incomplete record as well as an unnecessary delay in these proceedings.

I respectfully request that Your Honor grant the request to appoint Dr. Goldsmith and the requests I have submitted to obtain records so that we can proceed with the hearing requested by the Government on a complete record as quickly as possible.

Respectfully submitted,


 /s/Andrew Patel____
Andrew G. Patel


Encl.