UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA      :

      :

v.      :      **<u>SCHEDULING ORDER</u>**

      :

CHRISTOPHER CRAFT,      :      23-cr-00178 (PMH)

      :

      Defendant.      :
------------------------------------------------------------x

Due to a scheduling conflict, the VOSR Hearing currently scheduled for June 3, 2026 (Docs. 98 and 101) is rescheduled to June 10, 2026 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse. By June 3, 2026, the Parties shall submit a letter to the Court setting forth their position as to the Specifications that will be the subject of the hearing, the evidence they intend to present, the witnesses they intend to call, the exhibits they intend to introduce and any report prepared by Dr. Goldsmith. Two courtesy copies of the proposed exhibits shall also be provided to Chambers in a three-ring binder. The government's exhibits shall be marked by numbers and defendant's exhibits by letters. Any audio or video exhibits shall be provided on a thumb drive.

**SO ORDERED:**

Dated: White Plains, New York
      May 11, 2026

_____
Philip M. Halpern
United States District Judge