**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                              **Telephone 212-349-0230**

**By ECF**

May 13, 2026

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:    United States v. Christopher Craft
       23 Cr. 178 (PMH)

Dear Judge Halpern:

This letter is submitted to inform Your Honor that Mr. Craft has asked me to serve as his attorney going forward on this matter.   I respectfully request that a conference be scheduled at Your Honor's earliest convenience to formalize this change of counsel.

Respectfully submitted,


 /s/Andrew Patel
Andrew G. Patel

encl.