**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

0-0230

**By ECF**

> Application granted. A change of counsel hearing is scheduled for May 18, 2026 at 11:00 a.m. It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 104).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 14, 2026

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

> Re:    United States v. Christopher Craft
>        23 Cr. 178 (PMH)

Dear Judge Halpern:

This letter is submitted to inform Your Honor that Mr. Craft has asked me to serve as his attorney going forward on this matter.   I respectfully request that a conference be scheduled at Your Honor's earliest convenience to formalize this change of counsel.

Respectfully submitted,


 /s/Andrew Patel
Andrew G. Patel

encl.