23cr178   5-14-26

TO Judge Philip M. Halpren.

I Christopher D Craft am requesting an updated Court hearing prior to the VOSR hearing sceduated for 5-3-26 at 10:00 AM.

I Request this updated hearing due to ineffective Counsle. My previous Attourney Daniel Hochieser was unlawfuly replaced by a New CJA Named Andrew Patel.

ON my previous Court hearing I Requested the Seinior public defender on Record and you Asaigned me another CJA Attourney.

This is Just another one of your blaitant disregards for my due process rights as I will again put on Record at the above requested hearing for Attourney replacement.

I have other reasons for New Counsle to be assigned, beside the in Court request for a federal public defender.

over

1 OF 3

I intend to put these other reasons for New Counsle to be assigned on Record but I will give them to you here as well.

I've asked this present CJA- Andrew Patel to Aquire a plethara of documentation.

Andrew told me he sent Some of it to the Jail but I never recieved it.

I still have not recieved any of the documentation I have requested over the last two weeks, almost three weeks to be exact.

He also is refusing to draft letters to the Chief Justice of the feder Court house as well as a letter to the 2nd Circut Appelat division.

I am being housed in a Dorm at the Jail where I dont have access to the law library.

I have to request Material and it Some times never Comes.

2 oF 3

All of my letters, Petitions, and other documentation has to be copied and notoriced for my own personal knowledge, as to be profesional and curious to the courts.

Please note that I am once again asking you to Recuse yourself over these preccedings due to your blaitant disregard for my due process rights as well as my Human, Civil and Constitutional rights.

Once Again, This letter is to replace Andrew Patel as ineffegtive Counsle and assigne to me the chief or Head public defender from the federal public defenders office.

Sincearly

CC-file

3 OF 3

Case 7:23-cr-00178-PMH    Document 106    Filed 05/14/26    Page 4 of 4

C.Craft-274089
PO Box 10
Valhalla N.Y.
    10595

WESTCHESTER NY  105

12 MAY 2026  PM 3

FOREVER / USA

Judge Philip M. Halpren, RM. 520
Southern District of New York
U.S. Court house 300 Quarropass street
white Plains,  N Y.
                    10601

10601-414000

Legal mail, CC-File