**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                           **Telephone 212-349-0230**

**By ECF**


                                                       May 14, 2026



Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

                        Re:     United States v. Christopher Craft
                                23 Cr. 178 (PMH)

Dear Judge Halpern:

        I am in receipt of Mr. Craft's letter to Your Honor dated May 11, 2026 (doc
106).   In his letter, Mr. Craft asks that I be relieved.

        At a meeting with Mr. Craft on May 13, 2026, at the Westchester County
Jail, Mr. Craft informed me that he wanted me to serve as his attorney in this
VOSR proceeding.   I promptly informed Your Honor of Mr. Craft's desire for me
be his attorney by letter (doc. 104).   It appears that letter stating Mr. Craft's
desire to be represented by counsel arrived before his prior request for me to be
replaced.

        As to one of the points in Mr. Craft's letter, on May 2, 2026, I sent Mr.
Craft the 3500 material provided by the Government, multiple transcripts of
prior proceeding, the briefs filed on his Second Circuit appeal, as well as
additional legal materials including copies of the Constitution of the United
States of America.   According to the United States Postal Service tracking, the
package was picked up at the Valhalla, NY Post Office on May 4, 2026.   As of
today, Mr. Craft has received none of the material that I sent to him.   It is
respectfully submitted that his frustration is understandable.

                                Respectfully submitted,


                                 /s/Andrew Patel_____
                                Andrew G. Patel