UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHRISTOPHER CRAFT,

Defendant.

**ORDER**

7:23-cr-00178 (PMH)

A VOSR Revocation Hearing is scheduled for July 20, 2026 at 9:30 a.m. in Courtroom 520 of the White Plains Courthouse.

IT IS HEREBY ORDERED that, in the event that CHRISTOPHER CRAFT refuses to comply with a directive designed to effectuate his transport to White Plains Federal Court in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

**SO ORDERED:**

Dated: White Plains, New York
July 17, 2026

Philip M. Halpern, U.S.D.J